IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NAMU INC., an Oregon Corporation, dba NAMU KOREAN AND HAWAIIAN, and NAMU KILLER KOREAN BBQ,** | 3:16-CV-00453-PK<br><br>ORDER |
| Plaintiff, | |
| v. | |
| **NAMU HAIGHT, LLC., a Californian Limited Liability Company, and DAVID LEE, an individual,** | |
| Defendants. | |

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#41) on December 2, 2016, in which he recommends this Court grant Defendants' Motion (#18) to Dismiss for Lack of Jurisdiction, grant Plaintiff's Request (#32) for Judicial Notice, and dismiss this matter without prejudice. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and

1 - ORDER

Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## **CONCLUSION**

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#41). Accordingly, the Court **GRANTS** Defendants' Motion (#18) to Dismiss, **GRANTS** Plaintiff's Request (#32) for Judicial Notice, and **DISMISSES** this matter **without prejudice**.

IT IS SO ORDERED.

DATED this 5th day of January, 2017.

                                                s/ Anna J. Brown
                                                ANNA J. BROWN
                                                United States District Judge